# UNITED STATES BANKRUPTCY COURT
## Eastern District Of Michigan

In re:                                            Case No. 14-53185-wsd
    Sabrina Morgan                       Chapter 7
                                         Hon. Walter Shapero

        Debtors.

_____/

## ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

After considering the Application for Individuals to Pay the Filing Fee in Installments (Official Form B 3A), the Court Orders that:

**[ X ]**    The debtor(s) may pay the filing fee in installments on the terms proposed in the application.

**[ X ]**    The debtor(s) may pay the filing fee according to the following terms:

| You must pay.... | On or before this date... |
|---|---|
| **$335.00** | **9/30/14** |
| **Total: $335.00** | |

Until the filing fee is paid in full, the debtor(s) must not make any additional payment or transfer any additional property to an attorney or to anyone else for services in connection with this case.

                                                   **BY THE COURT**

**Signed on August 22, 2014**

                                                 **/s/ Walter Shapero**
                                                 **Walter Shapero**
                                                **United States Bankruptcy Judge**

```
                            United States Bankruptcy Court
                            Eastern District of Michigan
In re:                                                          Case No. 14-53185-wsd
Sabrina Morgan                                                  Chapter 7
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0645-2        User: tszuc            Page 1 of 1            Date Rcvd: Aug 22, 2014
                            Form ID: pdf01         Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 24, 2014.
db          +Sabrina Morgan,    1443 Gregory St. Apt #18,    Ypsilanti, MI 48197-1665

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 24, 2014                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 22, 2014 at the address(es) listed below:
              Douglas  Ellmann    detrustee@gmail.com,
               mi04@ecfcbis.com;de@trustesolutions.com;DE@trustesolutions.net
              John Robert Keyes    on behalf of Debtor Sabrina  Morgan ecf@robertkeyeslaw.com,
               chris@robertkeyeslaw.com
                                                                                             TOTAL: 2